IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JORGE GALEAS, JR.,           )
                             )
        Petitioner,          )
                             )
    v.                       )      1:16CV182
                             )
FRANK L. PERRY,              )
                             )
        Respondent.          )

## ORDER

On March 28, 2016, this court entered an Order and Judgment (Docs. 5, 6), adopting the Magistrate Judge's Recommendation (Doc. 2). On April 7, 2016, Petitioner filed objections to the Recommendation and to the Order and Judgment (Doc. 7).

On April 15, 2016, the United States Magistrate Judge entered a Text Recommendation (Docket Entry 04/15/2016), construing Petitioner's objections (Doc. 7) as a motion to alter or amend or for relief from the Order and Judgment. Notice was served on the parties pursuant to 28 U.S.C. § 636. (Doc. 8.) Petitioner filed objections to the Text Recommendation (Doc. 9).

This court has appropriately reviewed the portions of the Text Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Text Recommendation. This court therefore adopts the Text Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's objections (Doc. 7) is construed as a motion to alter or amend or for relief from the Order (Doc. 5) and Judgment (Doc. 6), under Federal Rules of Civil Procedure 59(e) and/or 60(b), and that the motion is **DENIED**. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 14th day of June, 2016.

/s/ William L. Osteen, Jr.
United States District Judge